BERNARD A. SMITH, JR., et al., as Executors and Trustees under the Will of BERNARD A. SMITH, Deceased, Appellants, *v.* ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LIMITED, Respondent.

Argued March 5, 1952; decided April 17, 1952.

*George A. Raftery, Arthur F. Driscoll* and *Edward J. Toner* for appellants.

*Sidney A. Schwartz* and *Edward Ash* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.